## EX PARTE DUNAWAY.

(Decided May 16, 1916.)

CERTIORARI to Court of Appeals.

O. KYLE, for appellant.   TIDWELL & SAMPLE, for appellee.

SOMERVILLE, J.—Application of A. M. Dunaway for certiorari to Court of Appeals to review and revise the judgment of said court in the case of *Dunaway v. Roden,* 14 Ala. App. 501, 71 South. 79.   Writ denied.

All the Justices concur.

---

## EX PARTE EVERAGE.

(Decided June 8, 1916.)

CERTIORARI to Court of Appeals.

W. L. PARKS, J. M. PRESTWOOD, for appellant.   W. L. MARTIN, Attorney General, for the State.

McCLELLAN, J.—Application of Cleve Everage for certiorari to Court of Appeals to review and revise the judgment of said court in the case of *Everage v. State,* 14 Ala. App. 106, 71 South. 982.   Writ denied.

All the Justices concur.

---

## EX PARTE FOX.

(Decided June 1, 1916.)

ORIGINAL petition in Supreme Court.

SILBERMAN & HOSKINS, for appellant.   No counsel for appellee.

Per curiam.   Writ denied without prejudice.

---

## EX PARTE FOX.

(Decided June 30, 1916.)

APPEAL from Birmingham City Court.

Heard before Hon. H. A. SHARPE.

SILBERMAN & HOSKINS. for appellant.   GIBSON & DAVIS, and ISADORE SHAPIRO, for appellee.

Per curiam.   Petition for prohibition denied, and the action of the city court in dismissing the same affirmed.

All the Justices concur, except SAYRE, J., not sitting.